# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John Walls

Plaintiff

v.

Mr. J.W. Booker, Jr.
Mr. Christopher Zych,
Mr. Robert Bennett,
Mr. G.L. Hershberger,
Ms. T. Ferritor,
Mr. Mark Dohahoo,
Ms. S.M. Pedersen,
Lt. E. Laackmman, et. al.,

Defendants

Case No. Civil 01-2323 DWM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for writ of habeas corpus is summarily dismissed without prejudice.

DATE: January 22, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

4